# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY 11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

My Direct Dial is: (631) 247-4675
My Email Address is: ADAM.GUTTELL@JACKSONLEWIS.COM

March 17, 2023

**VIA ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*[Handwritten: Application granted. Time to respond to the Complaint extended to April 28, 2023. May 9, 2023 conference is canceled. So ordered. /s/ JGKoeltl 3/18/23 U.S.D.J.]*

Re: **Vuppala v. Vitamin Shoppe Industries LLC et al.**
    **Case No. 1:23-cv-00155-JGK**

Dear Judge Koeltl:

We represent Defendant Vitamin Shoppe Industries LLC ("Vitamin Shoppe"). We write, with the consent of Plaintiff, pursuant to Rule 1 (E) of Your Honor's Individual Practices, to respectfully request: (1) Vitamin Shoppe's time to answer or otherwise respond to the Complaint be extended from March 31, 2023 to April 28, 2023; and (2) the Initial Conference currently scheduled for May 9, 2023 be adjourned to June 9, 2023, or a subsequent date convenient for the Court. This is the first request for both the extension of time and adjournment. The reason for the requests is that the undersigned was just engaged to represent Vitamin Shoppe and requires sufficient time to investigate and respond to the allegations in the Complaint.

Thank you for your attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

*s/ Adam G. Guttell*

Adam G. Guttell

4866-1934-5495, v. 1